# EXHIBIT

# C

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | |
| | DOCKET NO.:  ATL-L- |
| v. | |
| | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | **COMPLAINT FOR DECLARATORY JUDGMENT** |
| Defendants. | |

Plaintiffs Dynamic Duo 8, LLC d/b/a Anthem Lounge and Maureace Snapp, located at 2801 Pacific Avenue, City of Atlantic City, County of Atlantic and State of New Jersey, by way of Complaint for Declaratory Judgment says:

### FIRST COUNT

1.  Defendant Kinsale Insurance Company ( "Kinsale") issued a commercial general liability policy to Plaintiff Dynamic Duo 8, LLC d/b/a Anthem Lounge ("Anthem") under policy number 0100015671-0 which policy was in full force and effect on April 26, 2014.

2.  Plaintiff Maureace Snapp ("Plaintiff Snapp") was an employee of Anthem on April 26, 2014.

3.  Defendant Garrett Griffin ("Griffin") has instituted suit against Plaintiffs Anthem and Snapp along with Defendants Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort

("Tropicana"), Jesus Prado and David Tsapis for injuries allegedly sustained as a result of an alleged assault on April 26, 2014 at Tropicana Hotel and Casino located in Atlantic City, New Jersey.

4.       Griffin filed a Second Amended Complaint against Plaintiffs alleging four causes of action:  negligence, negligence in failing to rescue, breach of promise to provide a safe and secure premises for guests, and punitive damages.   Griffin alleges that Plaintiff Snapp was present at the time of his assault as he was performing a courtesy escort of Anthem patrons.

5.       The policy of insurance issued by Kinsale provides that its insurance applies to bodily injury arising out of the ownership, maintenance or use of the premises of Anthem Lounge.

6.       Kinsale has denied coverage as the alleged assault did not occur inside of the Anthem Lounge.

7.       Contrary to Kinsale's position, as a result of the claims asserted by Griffin, the claims are covered under the policy of insurance issued by Kinsale.

8.       Defendants Griffin, Tropicana, Jesus Prado and David Tsapis have been named as parties in this declaratory judgment action because they may have an interest in the determination of the existence or absence or insurance for Plaintiffs under the Kinsale policy.

       **WHEREFORE** Plaintiffs Dynamic Duo 8, LLC d/b/a Anthem Lounge and Maureace Snapp demand judgment as follows:

1.       Directing that Kinsale does owe liability coverage including indemnifying and providing counsel to Dynamic Duo 8, LLC d/b/a Anthem Lounge and its employee, Maureace Snapp for all claims being asserted by Defendant Garrett Griffin, and any cross-claims and counterclaims being asserted by Defendants Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort, Jesus Prado and David Tsapis;

2.       Directing that Kinsale reimburse Dynamic Duo 8, LLC d/b/a Anthem Lounge and Maureace Snapp for attorney fees and costs incurred in defending the underlying lawsuit of Griffin v. Tropicana et al;

2

3.     For all other relief that this Court deems just and equitable.

## JURY DEMAND

Plaintiffs Dynamic Duo 8, LLC d/b/a Anthem Lounge and Maureace Snapp hereby demands trial by a jury on all issues herein.

## NOTICE OF TRIAL COUNSEL

**PLEASE TAKE NOTICE** that Joel M. Chipkin, Esquire is hereby designated as trial counsel in the above-captioned litigation for the firm of Goldenberg Mackler Sayegh Mintz Pfeffer Bonchi & Gill pursuant to Rule 4:25-4.

## CERTIFICATION UNDER RULE 4:5-1

I, Joel M. Chipkin, hereby certify, pursuant to New Jersey Court Rule 4:5-1, that to the best of my knowledge, the claims raised herein are the subject of another action pending in the Superior Court of New Jersey, Law Division, Camden County known as <u>Garrett Griffin v. Tropicana et al</u>, docket number CAM-L-1594-16.

I certify that the foregoing statements made by me are true to my personal knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment for perjury.

GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL
*Attorneys for Plaintiffs*

By: _____
      Joel M. Chipkin, Esquire

Dated: August 21, 2018

3

# Civil Case Information Statement

**Case Details: ATLANTIC | Civil Part Docket# L-002062-18**

**Case Caption:** DYNAMIC DUO 8 LLC D/ B/A ANTHE  VS
KINSALE INSURA

**Case Initiation Date:** 08/21/2018

**Attorney Name:** JOEL MARK CHIPKIN

**Firm Name:** GOLDENBERG MACKLER SAYEGH ET AL

**Address:** 1030 ATLANTIC AVE

ATLANTIC CITY NJ 08401

**Phone:**

**Name of Party:** PLAINTIFF : Dynamic Duo 8 LLC d/b/a
Anthem

**Name of Defendant's Primary Insurance Company**

(if known): None

**Case Type:** OTHER INSURANCE CLAIM (INCLUDING
DECLARATORY JUDGMENT ACTIONS)

**Document Type:** Complaint with Jury Demand

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?**  NO

**Related cases pending:** YES

**If yes, list docket numbers:** CAM-I-1594-16

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

**THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE**
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
        **If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
        **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/21/2018
Dated

/s/ JOEL MARK CHIPKIN
Signed

ATLANTIC COUNTY COURT HOUSE
SUPERIOR COURT LAW DIV
1201 BACHARACH BLVD
ATLANTIC CITY    NJ 08401

                                    TRACK ASSIGNMENT NOTICE

COURT TELEPHONE NO. (609) 345-6700
COURT HOURS  8:30 AM - 4:30 PM

                    DATE:   AUGUST 21, 2018
                    RE:     DYNAMIC DUO 8 LLC D/ B/A ANTHE   VS KINSALE INSURA
                    DOCKET: ATL L -002062 18

    THE ABOVE CASE HAS BEEN ASSIGNED TO:  TRACK 1.

    DISCOVERY IS   150 DAYS AND RUNS FROM THE FIRST ANSWER OR 90 DAYS
FROM SERVICE ON THE FIRST DEFENDANT, WHICHEVER COMES FIRST.

    THE PRETRIAL JUDGE ASSIGNED IS:  HON MARY C. SIRACUSA

     IF YOU HAVE ANY QUESTIONS, CONTACT TEAM      003
AT:  (609) 594-3363.

     IF YOU BELIEVE THAT THE TRACK IS INAPPROPRIATE YOU MUST FILE A
 CERTIFICATION OF GOOD CAUSE WITHIN 30 DAYS OF THE FILING OF YOUR PLEADING.
     PLAINTIFF MUST SERVE COPIES OF THIS FORM ON ALL OTHER PARTIES IN ACCORDANCE
WITH  R.4:5A-2.
                    ATTENTION:
                            ATT: JOEL M. CHIPKIN
                            GOLDENBERG MACKLER SAYEGH ET A

                            1030 ATLANTIC AVE
                            ATLANTIC CITY    NJ 08401

ECOURTS

Russell L. Lichtenstein, Esquire (ID#:022751981)
COOPER LEVENSON, P.A.
1125 Atlantic Avenue - Third Floor
Atlantic City, NJ   08401
(609) 344-3161
File No. 55654.00156
Attorney For Defendant, Tropicana Atlantic City Corp. d/b/a Tropicana Casino and Resort

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP,<br><br>Plaintiffs,<br><br>vs.<br><br>KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO. ATL-L-2062-18<br><br>Civil Action<br><br>**ANSWER TO PLAINTIFF'S COMPLAINT** |

Defendant, Tropicana Atlantic City Corp. d/b/a Tropicana Casino and Resort, by way of Answer to Plaintiff's Complaint for Declaratory Judgment hereby says as follows:

FIRST COUNT

1.    This answering party is without information sufficient to form a belief as to the truthfulness of this allegation of Plaintiffs' Complaint and leaves Plaintiffs to their proofs.

2.    Admitted.

3.    Admitted.

4.    Admitted.

5.    This answering party neither admits nor denies the allegations of this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proofs.

6.    This answering party neither admits nor denies the allegations of this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proofs.

7.      This answering party neither admits nor denies the allegations of this paragraph of Plaintiffs' Complaint and leaves Plaintiffs to their proofs.

8.      No response to this paragraph is necessary.

### NOTICE PURSUANT TO RULES 1:5-1(A) AND 4:17-4(C)

TAKE NOTICE that the undersigned attorneys, counsel for the answering defendant, does hereby demand, pursuant to Rules 1:5-1(a) and 4:17-4(c) that each party herein serving pleadings and interrogatories and receiving answers thereto, serve copies of all such pleadings and answered interrogatories received from any party, including any documents, papers and other materials referred to therein, upon the undersigned attorneys, and TAKE NOTICE that this is a continuing demand.

### JURY DEMAND

Trial by jury is hereby demanded as to all issues set forth herein.

### CERTIFICATION

It is hereby certified that a copy of the within pleading was served upon, Joel M. Chipkin, Esquire, attorney for plaintiff, by eCourts electronic filing, within the time prescribed by Rule 4:6.

### CERTIFICATION PURSUANT TO RULE 4:5-1

The undersigned, Russell L. Lichtenstein, Esquire, certifies on behalf of the above-named Defendant as follows:

1.      I am an attorney admitted to practice law in the State of New Jersey, with the firm of Cooper Levenson, counsel for the above-named Defendant.

2.      The matter in controversy in this matter is not the subject of any other action pending in any Court or of a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated.

3.      At this time, there are no other parties who should be joined in this action.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

NOTICE OF TRIAL COUNSEL

PLEASE BE NOTIFIED that pursuant to Rule 4:25, Russell L. Lichtenstein, Esquire, is hereby designated as trial counsel in the above-captioned litigation on behalf of the firm of Cooper Levenson, P.A.

COOPER LEVENSON, P.A.

BY _____

RUSSELL L. LICHTENSTEIN
Attorneys for Defendant, Tropicana Atlantic City
Corp. d/b/a Tropicana Casino and Resort

DATED:  August 27, 2018

# Civil Case Information Statement

## Case Details: ATLANTIC | Civil Part Docket# L-002062-18

**Case Caption:** DYNAMIC DUO 8 LLC D/ B/A ANTHE  VS
KINSALE INSURA

**Case Initiation Date:** 08/21/2018

**Attorney Name:** RUSSELL L LICHTENSTEIN

**Firm Name:** COOPER LEVENSON PA

**Address:** 1125 ATLANTIC AVE 3RD FL
ATLANTIC CITY NJ 08401

**Phone:**

**Name of Party:** DEFENDANT : TROPICANA ATLANTIC
CITY CORP.

**Name of Defendant's Primary Insurance Company**

(if known): None

**Case Type:** OTHER INSURANCE CLAIM (INCLUDING
DECLARATORY JUDGMENT ACTIONS)

**Document Type:** Answer

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**

**Do you or your client need any disability accommodations?** NO
　　　**If yes, please identify the requested accommodation:**

**Will an interpreter be needed?** NO
　　　**If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

08/28/2018
Dated

/s/ RUSSELL L LICHTENSTEIN
Signed

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO.: ATL-L-2062-18<br><br>Civil Action<br><br>**AFFIDAVIT OF SERVICE** |

**TO THE CLERK OF THE SUPERIOR COURT:**

I, Joel M. Chipkin, being duly sworn, depose and say that on August 27, 2018 I served via certified mail, return receipt requested, a true and correct copy of the Summons, Complaint, Case Information Statement and Track Assignment Notice for Defendant Garrett Griffin on Keith Thomas West, Esquire, Law Offices of David Thiruselvam, 121 South Broad Street, 18th Floor, Philadelphia, Pennsylvania 19107.  A copy of the certified green card is attached hereto as Exhibit A.

GOLDENBERG MACKLER SAYEGH MINTZ PFEFFER
BONCHI & GILL
*Attorneys for Plaintiffs*


By: _____
Joel M. Chipkin, Esquire

Dated:  August 29, 2018



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Thomas West, Esquire
Law Offices of David Thiruselvam
121 S. Broad St., 18th Floor
Philadelphia, PA 19107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Stephen Kim_     ☐ Agent   ☑ Addressee

B. Received by ( Printed Name )     C. Date of Delivery
   Stephen Kim                        8/2/18

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0002 5795 9802

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

9



EXHIBIT
A

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

|  |  |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | DOCKET NO.:  ATL-L-2062-18 |
| v. | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | **AFFIDAVIT OF SERVICE** |
| Defendants. |  |

## TO THE CLERK OF THE SUPERIOR COURT:

I, Joel M. Chipkin, being duly sworn, depose and say that on August 23, 2018 I served via certified mail, return receipt requested, a true and correct copy of the Summons, Complaint, Case Information Statement and Track Assignment Notice for Defendant Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort on Russell L. Lichtenstein, Cooper Levenson, 1125 Atlantic Avenue, 3rd Floor, Atlantic City, New Jersey.  A copy of the certified green card is attached hereto as Exhibit A.

GOLDENBERG MACKLER SAYEGH MINTZ PFEFFER
BONCHI & GILL
*Attorneys for Plaintiffs*

By: _____
Joel M. Chipkin, Esquire

Dated:  August 29, 2018



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Russell L. Lichtenstein, Esquire
Cooper Levenson
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery

AUG 23

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7012 2210 0002 5795 9619

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



EXHIBIT
A

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO.:  ATL-L-2062-18<br><br>Civil Action<br><br>**AFFIDAVIT OF DILIGENT INQUIRY AS TO DEFENDANT GARRETT GRIFFIN** |

Joel M. Chipkin hereby certifies the following factual information in accordance with R. 1:4-4(b):

1.      I am an attorney at law in the State of New Jersey, a member of the law firm of Goldenberg Mackler Sayegh Mintz Pfeffer Bonchi & Gill, attorneys for Plaintiffs Dynamic Duo 8, LLC d/b/a Anthem Lounge ("Anthem") and Maureace Snapp ("Snapp") and am charged with this litigation.

2.      Anthem and Snapp are Defendants in the matter, *Garrett Griffin v. Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort et al*, Docket No. CAM-L-1594-16.  Plaintiff Garrett Griffin ("Griffin") is being represented by Keith Thomas West, Esquire in that matter.

3.      On August 21, 2018, I made inquiry to Mr. West if he would accept service on

behalf of Griffin in this matter docketed in Atlantic County.  Mr. West agreed to accept service on behalf of Griffin.

4.      Service of the Summons, Complaint, Case Information Statement and Track Assignment Notice was made on Mr. West on behalf of Griffin on August 27, 2018.  (*See* Affidavit Service attached hereto as Exhibit A).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Joel M. Chipkin, Esquire

Dated:  September 4, 2018

2

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | DOCKET NO.: ATL-L-2062-18 |
| v. | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | AFFIDAVIT OF SERVICE |
| Defendants. | |

**TO THE CLERK OF THE SUPERIOR COURT:**

I, Joel M. Chipkin, being duly sworn, depose and say that on August 27, 2018 I served via certified mail, return receipt requested, a true and correct copy of the Summons, Complaint, Case Information Statement and Track Assignment Notice for Defendant Garrett Griffin on Keith Thomas West, Esquire, Law Offices of David Thiruselvam, 121 South Broad Street, 18th Floor, Philadelphia, Pennsylvania 19107.  A copy of the certified green card is attached hereto as Exhibit A.

GOLDENBERG MACKLER SAYEGH MINTZ PFEFFER
BONCHI & GILL
*Attorneys for Plaintiffs*

By: _____
Joel M. Chipkin, Esquire

Dated:  August 29, 2018



EXHIBIT

A

tabbies



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Keith Thomas West, Esquire
Law Offices of David Thiruselvam
121 S. Broad St., 18th Floor
Philadelphia, PA 19107

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by ( Printed Name)    C. Date of Delivery
8/27/18

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)

7012 2210 0002 5795 9802

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT
A

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ 08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | |
| v. | DOCKET NO.: ATL-L-2062-18 |
| | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | **AFFIDAVIT OF DILIGENT INQUIRY AS TO DEFENDANT TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT** |
| Defendants. | |

Joel M. Chipkin hereby certifies the following factual information in accordance with R. 1:4-4(b):

1.     I am an attorney at law in the State of New Jersey, a member of the law firm of Goldenberg Mackler Sayegh Mintz Pfeffer Bonchi & Gill, attorneys for Plaintiffs Dynamic Duo 8, LLC d/b/a Anthem Lounge ("Anthem") and Maureace Snapp ("Snapp") and am charged with this litigation.

2.     Anthem and Snapp are Defendants in the matter, *Garrett Griffin v. Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort et al*, Docket No. CAM-L-1594-16. Defendant Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort ("Tropicana") is being represented by Russell Lichtenstein, Esquire in that matter.

3.      On August 22, 2018, I made inquiry to Mr. Lichtenstein if he would accept service on behalf of Tropicana in this matter docketed in Atlantic County.  Mr. Lichtenstein agreed to accept service on behalf of Tropicana.

4.      Service of the Summons, Complaint, Case Information Statement and Track Assignment Notice was made on Mr. Lichtenstein on behalf of Tropicana on August 23, 2018.  (*See* Affidavit Service attached hereto as Exhibit A).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Joel M. Chipkin, Esquire

Dated:  September 4, 2018

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ 08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | DOCKET NO.: ATL-L-2062-18 |
| v. | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | AFFIDAVIT OF SERVICE |
| Defendants. | |

**TO THE CLERK OF THE SUPERIOR COURT:**

I, Joel M. Chipkin, being duly sworn, depose and say that on August 23, 2018 I served via certified mail, return receipt requested, a true and correct copy of the Summons, Complaint, Case Information Statement and Track Assignment Notice for Defendant Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort on Russell L. Lichtenstein, Cooper Levenson, 1125 Atlantic Avenue, 3rd Floor, Atlantic City, New Jersey. A copy of the certified green card is attached hereto as Exhibit A.

GOLDENBERG MACKLER SAYEGH MINTZ PFEFFER
BONCHI & GILL
*Attorneys for Plaintiffs*

By: _____
Joel M. Chipkin, Esquire

Dated: August 29, 2018


EXHIBIT
A



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Russell L. Lichtenstein, Esquire
Cooper Levenson
1125 Atlantic Avenue, 3rd Floor
Atlantic City, NJ 08401

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
                   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

AUG 23

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

7012 2210 0002 5795 9819

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



EXHIBIT
A

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | DOCKET NO.: ATL-L-2062-18 |
| v. | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | **ACKNOWLEDGEMENT OF SERVICE** |
| Defendants. | |

To:    Russell L. Lichtenstein, Esquire
       Cooper Levenson
       1125 Atlantic Avenue, 3rd Floor
       Atlantic City, NJ  08401

The undersigned hereby acknowledges service on behalf of Defendant Tropicana Atlantic City Corp. d/b/a Tropicana Casino & Resort of Plaintiffs Dynamic Duo 8, LLC and Maureace Snapp's Summons, Complaint, Case Information Statement and Track Assignment Notice on August 23, 2018.

Dated: _a/5/2018_

_____
Russell L. Lichtenstein

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ 08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY |
| Plaintiffs, | DOCKET NO.: ATL-L-2062-18 |
| v. | Civil Action |
| KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V, | **ACKNOWLEDGEMENT OF SERVICE** |
| Defendants. | |

To:    Keith Thomas West, Esquire
       Law Offices of David P. Thiruselvan, LLC
       121 South Broad Street, 18th Floor
       Philadelphia, PA  19107

The undersigned hereby acknowledges service on behalf of Defendant Garrett Griffin of

Plaintiffs Dynamic Duo 8, LLC and Maureace Snapp's Summons, Complaint, Case Information

Statement and Track Assignment Notice on August 27, 2018.

_____
Keith Thomas West

Dated: Sept. 5, 2018

LAW OFFICES OF DAVID P. THIRUSELVAM, LLC
BY:    David P. Thiruselvam, Esquire
         Keith Thomas West, Esquire
121 South Broad Street, 18th Floor
Philadelphia, Pennsylvania 19107
215-546-1433 - Telephone
215-644-8754 - Fax
keith@dptlawusa.com                                 *Attorneys for Defendant, Garrett Griffin*

| | | |
|---|---|---|
| **DYNAMIC DUO 8, LLC, d/b/a/ d/b/a ANTHEM LOUNGE & MAUREACE SNAPP,** | : : : : | **SUPERIOR COURT OF NEW JERSEY LAW DIVISION ATLANTIC COUNTY** |
| **Plaintiffs,** | : : | **DOCKET NO. ATL-L-2062-18** |
| **vs.** | : : | **Civil Action** |
| **KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP., d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPSIS, JOHN DOES I-V & XYZ CORP.S I-V,** | : : : : : : : | **ANSWER TO PLAINTIFFS' COMPLAINT** |
| **Defendants.** | : : | |

Defendant, Garrett Griffin, by and through his attorneys, by way of Answer to Plaintiffs'

Complaint for Declaratory Judgment hereby says as follows:

## **FIRST COUNT**

1.     This answering party is without information sufficient to form a belief as to the

truthfulness of this allegation of Plaintiffs' Complaint and leaves Plaintiffs to their proofs.

2.     Admitted.

3.     Denied as stated.  By way of further response, Defendant, Garrett Griffin, did not

institute suit against Jesus Prado or David Tsapsis.  By way of further response, the pleadings in

the underlying action are in writing and thus speak for themselves and no response is required.

4.     Denied as stated.  By way of further response, the Second Amended Complaint that was filed by Defendant, Garrett Griffin, in the underlying action is in writing and thus speaks for itself and no response is required.

5.     This paragraph states conclusions of law to which no response is required.

6.     This answering party is without information sufficient to form a belief as to the truthfulness of this allegation of Plaintiffs' Complaint and leaves Plaintiffs to their proofs.

7.     This paragraph states conclusions of law to which no response is required.

8.     This paragraph states conclusions of law to which no response is required.

### NOTICE PURSUANT TO RULES 1:5-1(a) AND 4:17-4(c)

Take notice that the undersigned attorneys, counsel for the answering defendant, hereby demand, pursuant to *R.* 1:5-1(a) and *R.* 4:17-4(c) that each party herein serving pleadings and interrogatories and receiving answers thereto, serve copies of all such pleadings and answered interrogatories received from any party, including any documents, papers, and other materials referred to therein, upon the undersigned attorneys, and take notice that this is a continuing demand.

### JURY DEMAND

Trial by jury is hereby demanded as to all issues set forth herein.

### CERTIFICATION

It is hereby certified that a copy of the within pleading was served upon Joel Chipkin, attorney for Plaintiffs, by eCourts electronic filing within the time prescribed by the Rules.

2

## CERTIFICATION PURSUANT TO RULE 4:5-1

The undersigned counsel certifies on behalf of the answering defendant as follows:

1.      I am an attorney admitted to practice law in the State of New Jersey, with The Law Offices of David P. Thiruselvam, LLC, counsel for the answering defendant.

2.      The matter in controversy in this case not the subject of any other action pending in any court or a pending arbitration proceeding, nor is any other action or arbitration proceeding contemplated.

3.      At this time, there are no other parties who should be joined to this action.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


## NOTICE OF TRIAL COUNSEL

Please be notified that pursuant to *R.* 4:25, David P. Thiruselvam, Esquire, is hereby designated as trial counsel in the above-captioned lawsuit on behalf of the firm The Law Offices of David P. Thiruselvam, LLC.


                        **LAW OFFICES OF DAVID P. THIRUSELVAM, LLC**

                        /s/ Keith Thomas West_____
                        KEITH THOMAS WEST, ESQUIRE
Date:  September 5, 2018        *Attorney for Defendant, Garrett Griffin*

# Civil Case Information Statement

## Case Details: ATLANTIC | Civil Part Docket# L-002062-18

**Case Caption:** DYNAMIC DUO 8 LLC D/ B/A ANTHE  VS
KINSALE INSURA

**Case Initiation Date:** 08/21/2018

**Attorney Name:** KEITH THOMAS WEST

**Firm Name:** DAVID P. THIRUSELVAM

**Address:** 121 SOUTH BROAD STERET 18TH FLOOR
PHILADELPHIA PA 19073

**Phone:**

**Name of Party:** DEFENDANT : GRIFFIN, GARRETT

**Name of Defendant's Primary Insurance Company**
(if known): None

**Case Type:** OTHER INSURANCE CLAIM (INCLUDING
DECLARATORY JUDGMENT ACTIONS)

**Document Type:** Answer

**Jury Demand:** YES - 6 JURORS

**Hurricane Sandy related?** NO

**Is this a professional malpractice case?**  NO

**Related cases pending:** NO

**If yes, list docket numbers:**

**Do you anticipate adding any parties (arising out of same
transaction or occurrence)?** NO

## THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
### CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

**Do parties have a current, past, or recurrent relationship?** NO

**If yes, is that relationship:**

**Does the statute governing this case provide for payment of fees by the losing party?** NO

**Use this space to alert the court to any special case characteristics that may warrant individual
management or accelerated disposition:**


**Do you or your client need any disability accommodations?** NO
    **If yes, please identify the requested accommodation:**


**Will an interpreter be needed?** NO
    **If yes, for what language:**

I certify that confidential personal identifiers have been redacted from documents now submitted to the
court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

09/05/2018
Dated

/s/ KEITH THOMAS WEST
Signed

## AFFIDAVIT OF SERVICE

**State of New Jersey**                           **County of Atlantic**                           **Superior Court**

Case Number: ATL L 2062 18

Plaintiff:
**DYNAMIC DUO 8, LLC DBA ANTHEM LOUNGE, ET AL.**

vs.

Defendant:
**KINSALE INSURANCE CO., ET AL.**

For:
JOEL CHIPKIN

Received by Guaranteed Subpoena Service, Inc. to be served on **KINSALE INSURANCE CO., 2221 EDWARD HOLLAND DR, STE 600, RICHMOND, VA 23230.**

I, Peyton Eastwood, being duly sworn, depose and say that on the **23rd day of August, 2018** at **3:15 pm, I:**

Served SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION personally to Lauren Brown as Claims Manager of KINSALE INSURANCE CO.. Service occurred at 2221 EDWARD HOLLAND DR, STE 600, RICHMOND, VA 23230.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Light Brown, Glasses: N

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

```
ZACHARY LYNN
NOTARY PUBLIC
REGISTRATION # 7573174
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2021
```

Subscribed and sworn to in my state and county by the affiant who is personally known to me.

NOTARY PUBLIC

Date: 8/27/18

**Peyton Eastwood**
Process Server

**Guaranteed Subpoena Service, Inc.**
**2009 Morris Ave**
**Union, NJ 07083**
**(800) 672-1952**

Our Job Serial Number: GTS-0000033997
Ref: 20180822125201

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g

JOEL M. CHIPKIN, ESQUIRE- ATTORNEY ID: 027301989
GOLDENBERG, MACKLER, SAYEGH, MINTZ
PFEFFER, BONCHI & GILL
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344 7131/(609) 347 2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS, I-V,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO.  ATL-L-2062-18<br><br>Civil Action<br><br>**SUMMONS** |

**FROM THE STATE OF NEW JERSEY, TO THE DEFENDANT(S) NAMED ABOVE:**

The Plaintiffs, named above, has filed a lawsuit against you in the Superior Court of New Jersey.  The Complaint attached to this Summons states the basis for this lawsuit.  If you dispute this Complaint, you or your attorney must file a written Answer or Motion and Proof of Service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this Summons, not counting the date you received it.  (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.).  If the Complaint is one in foreclosure then you must file your written Answer or Motion and Proof of Service with the Clerk, Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton New Jersey 08625-0971.  A filing fee payable to the Treasurer, State of New Jersey, and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your Answer or Motion when it is filed.  You must also send a copy of your Answer or Motion to Plaintiffs' attorney, whose name and address appear above, or to Plaintiffs, if no attorney is named above.  A telephone call will not protect your rights; you must file and serve a written answer or motion (with a fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written Answer or Motion with 35 days, the Court may enter a judgment against you for the relief Plaintiffs' demand, plus interest and costs of suit.  If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529).  If you do not have any attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services.  A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.juciciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

s/ Michelle M. Smith
Michelle M. Smith
Clerk of the Superior Court

Dated: August 22, 2018

Name of Defendant to Be Served:        KINSALE INSURANCE COMPANY
Address of Defendant to Be Served:     2221 EDWARD HOLLAND DRIVE, SUITE 600
                                       RICHMOND, VIRGINIA 23230

**DIRECTORY OF SUPERIOR COURT DEPUTY CLERKS' OFFICES**
**COUNTY LAWYER REFERRAL AND LEGAL SERVICES OFFICES**

| | | | |
|---|---|---|---|
| **ATLANTIC COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division, Direct Filing<br>1201 Bacharach Boulevard – 1st Floor<br>Atlantic City, NJ 08401 | LAWYER REFERRAL<br>(609) 345-3444<br><br>LEGAL SERVICES<br>(609) 348-4200 | **MERCER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Local Filing Office, Courthouse<br>P.O. Box 8068<br>Trenton, NJ 08650 | LAWYER REFERRAL<br>(609) 585-6200<br><br>LEGAL SERVICES<br>(609) 695-6249 |
| **BERGEN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division, Room 115<br>Justice Center, 10 Main Street<br>Hackensack, NJ 07601 | LAWYER REFERRAL<br>(201) 488-0044<br><br>LEGAL SERVICES<br>(201) 487-2166 | **MIDDLESEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>56 Paterson Street<br>P.O. Box 2633<br>New Brunswick, NJ 08903-2633 | LAWYER REFERRAL<br>(732) 828-0053<br><br>LEGAL SERVICES<br>(732) 249-7600 |
| **BURLINGTON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Central Processing Office<br>Attn: Judicial Intake<br>49 Rancocas Road – 1st Floor<br>Mt. Holly, NJ 08060 | LAWYER REFERRAL<br>(609) 261-4862<br><br>LEGAL SERVICES<br>(800) 496-4570 | **MONMOUTH COUNTY:**<br>Deputy Clerk of the Superior Court<br>P.O. Box 1269<br>Freehold, NJ 07728-1269 | LAWYER REFERRAL<br>(732) 431-5544<br><br>LEGAL SERVICES<br>(732) 866-0020 |
| **CAMDEN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Processing Office<br>Hall of Justice - 1st Floor, Suite 150<br>101 South 5th Street<br>Camden, NJ 08103 | LAWYER REFERRAL<br>(856) 964-4520<br><br>LEGAL SERVICES<br>(856) 964-2010 | **MORRIS COUNTY:**<br>Morris County Courthouse<br>Civil Division<br>P.O. Box 910<br>Morristown, NJ 07963-0910 | LAWYER REFERRAL<br>(973) 267-5882<br><br>LEGAL SERVICES<br>(973) 285-6911 |
| **CAPE MAY COUNTY:**<br>Deputy Clerk of the Superior Court<br>9 North Main Street<br>Cape May Court House, NJ 08210 | LAWYER REFERRAL<br>(609) 463-0313<br><br>LEGAL SERVICES<br>(609) 465-3001 | **OCEAN COUNTY:**<br>Deputy Clerk of the Superior Court<br>118 Washington Street<br>Toms River, NJ 08754 | LAWYER REFERRAL<br>(732) 240-3666<br><br>LEGAL SERVICES<br>(732) 341-2727 |
| **CUMBERLAND COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>P.O. Box 10<br>Bridgeton, NJ 08302 | LAWYER REFERRAL<br>(856) 692-6207<br><br>LEGAL SERVICES<br>(856) 451-0003 | **PASSAIC COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>77 Hamilton Street<br>Paterson, NJ 07505 | LAWYER REFERRAL<br>(973) 278-9223<br><br>LEGAL SERVICES<br>(973) 523-2900 |
| **ESSEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>465 Dr. Martin Luther King Jr. Blvd.<br>Newark, NJ 07102 | LAWYER REFERRAL<br>(973) 622-6207<br><br>LEGAL SERVICES<br>(973) 624-4500 | **SALEM COUNTY:**<br>Deputy Clerk of the Superior Court<br>P.O. Box 29<br>Salem, NJ 08079 | LAWYER REFERRAL<br>(856) 678-8363<br><br>LEGAL SERVICES<br>(856) 451-0003 |
| **GLOUCESTER COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Case Management Office<br>Attn: Intake<br>P.O. Box 750<br>Woodbury, NJ 08096 | LAWYER REFERRAL<br>(856) 848-4589<br><br>LEGAL SERVICES<br>(856) 848-5360 | **SOMERSET COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>40 North Bridge Street<br>P.O. Box 3000<br>Somerville, NJ 08875 | LAWYER REFERRAL<br>(908) 685-2323<br><br>LEGAL SERVICES<br>(908) 231-0840 |
| **HUDSON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Brennan Court House – 1st Floor<br>581 Newark Avenue<br>Jersey City, NJ 07306 | LAWYER REFERRAL<br>(201) 798-2727<br><br>LEGAL SERVICES<br>(201) 792-6363 | **SUSSEX COUNTY:**<br>Deputy Clerk of the Superior Court<br>Sussex County Judicial Center<br>43-47 High Street<br>Newton, NJ 07860 | LAWYER REFERRAL<br>(973) 267-5882<br><br>LEGAL SERVICES<br>(973) 383-7400 |
| **HUNTERDON COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division<br>65 Park Avenue<br>Flemington, NJ 08822 | LAWYER REFERRAL<br>(908) 735-2611<br><br>LEGAL SERVICES<br>(908) 782-7979 | **UNION COUNTY:**<br>Deputy Clerk of the Superior Court<br>1st Floor, Court House<br>2 Broad Street<br>Elizabeth, NJ 07207-6073 | LAWYER REFERRAL<br>(908) 353-4715<br><br>LEGAL SERVICES<br>(908) 354-4340 |
| | | **WARREN COUNTY:**<br>Deputy Clerk of the Superior Court<br>Civil Division Office<br>Court House<br>413 Second Street<br>Belvidere, NJ 07823-1500 | LAWYER REFERRAL<br>(973) 267-5882<br><br>LEGAL SERVICES<br>(908) 475-2010 |

JOEL M. CHIPKIN, ESQUIRE - ATTORNEY ID: 027301989
GOLDENBERG MACKLER SAYEGH MINTZ
PFEFFER BONCHI & GILL, P.C.
1030 Atlantic Avenue
Atlantic City, NJ  08401
(609) 344-7131/(609) 347-2052 fax
Attorneys for Plaintiffs

| | |
|---|---|
| DYNAMIC DUO 8, LLC d/b/a ANTHEM LOUNGE & MAUREACE SNAPP,<br><br>Plaintiffs,<br><br>v.<br><br>KINSALE INSURANCE COMPANY, GARRETT GRIFFIN, TROPICANA ATLANTIC CITY CORP. d/b/a TROPICANA CASINO & RESORT, JESUS PRADO, DAVID TSAPIS, JOHN DOES I-V, ABC BUSINESS ENTITIES I-V & XYZ CORPORATIONS I-V,<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO.:  ATL-L-2062-18<br><br>Civil Action<br><br>**AFFIDAVIT OF DILIGENT INQUIRY** |

Joel M. Chipkin hereby certifies the following factual information in accordance with

R. 1:4-4(b):

1.      I am an attorney at law in the State of New Jersey, a partner in the law firm of

Goldenberg Mackler Sayegh Mintz Pfeffer Bonchi & Gill, attorneys for Plaintiffs Dynamic Duo 8,

LLC and Maureace Snapp, and am charged with this personal injury litigation.

2.      I have made inquiry with regard to the whereabouts of Defendant, Kinsale Insurance

Company in order to serve said Defendant in the above captioned matter.

3.      An internet search revealed that Defendant Kinsale Insurance Company's office was

located in Richmond, Virginia.

4.     I was satisfied and convinced that this Defendant could not be personally served in the State of New Jersey because there main office is in Richmond, Virginia.

5.     Therefore, on August 23, 2018 Defendant Kinsale Insurance Company was served with Summons, Complaint, Case Information Statement and Track Assignment Notice by Guaranteed Subpoena Services. (*See* Exhibit A).

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

_____
Joel M. Chipkin, Esquire

Dated:  September 7, 2018

2

## AFFIDAVIT OF SERVICE

State of New Jersey

County of Atlantic

Superior Court

Case Number: ATL L 2062 18

Plaintiff:
**DYNAMIC DUO 8, LLC DBA ANTHEM LOUNGE, ET AL.**

vs.

Defendant:
**KINSALE INSURANCE CO., ET AL.**

For:
JOEL CHIPKIN

Received by Guaranteed Subpoena Service, Inc. to be served on **KINSALE INSURANCE CO., 2221 EDWARD HOLLAND DR, STE 600, RICHMOND, VA 23230.**

I, Peyton Eastwood, being duly sworn, depose and say that on the **23rd day of August, 2018** at **3:15 pm, I:**

Served SUMMONS AND COMPLAINT, CIS, TRACK ASSIGNMENT NOTICE, CERTIFICATION personally to Lauren Brown as Claims Manager of KINSALE INSURANCE CO.. Service occurred at 2221 EDWARD HOLLAND DR, STE 600, RICHMOND, VA 23230.

**Description** of Person Served: Age: 40, Sex: F, Race/Skin Color: White, Height: 5'10", Weight: 160, Hair: Light Brown, Glasses: N

I am a natural person over the age of eighteen and am not a party to or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

```
ZACHARY LYNN
NOTARY PUBLIC
REGISTRATION # 7573174
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES SEPTEMBER 30, 2021
```

Subscribed and sworn to in my state and county by the affiant who is personally known to me.

NOTARY PUBLIC

Date: 8/27/18

**Peyton Eastwood**
Process Server

**Guaranteed Subpoena Service, Inc.**
**2009 Morris Ave**
**Union, NJ 07083**
**(800) 672-1952**

Our Job Serial Number: GTS-0000033997
Ref: 20180822125201

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V8.0g


EXHIBIT
A